AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Raquel Pacheco<br><br><br>*Plaintiff(s)*<br>v.<br><br>City of Miami Beach; Steven Meiner; David Suarez;<br>Tanya Katzoff Bhatt; Wayne A. Jones; Eric<br>Carpenter; and John Does 1 and 2<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:26-cv-21901-CMA

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Miami Beach
c/o City Clerk
1700 Convention Center Drive
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440    GSEdinger12@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____3/23/2026_____

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>Raquel Pacheco<br><br><br><br><i>Plaintiff(s)</i><br><br>v.<br><br>City of Miami Beach; Steven Meiner; David Suarez;<br>Tanya Katzoff Bhatt; Wayne A Jones; Eric Carpenter;<br>and John Does 1 and 2<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:26-cv-21901-CMA</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Mayor Steven Meiner
Miami Beach City Hall
1700 Convention Center Drive
Fourth Floor
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440   GSEdinger12@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        3/23/2026

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Raquel Pacheco | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:26-cv-21901-CMA |
| | ) | |
| City of Miami Beach; Steven Meiner; David Suarez; Tanya Katzoff Bhatt; Wayne A Jones; Eric Carpenter; and John Does 1 and 2 | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Commissioner David Suarez
Miami Beach City Hall
1700 Convention Center Drive
Fourth Floor
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440    GSEdinger12@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  3/23/2026

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | | |
|---|---|---|
| Raquel Pacheco | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:26-cv-21901-CMA |
| City of Miami Beach; Steven Meiner; David Suarez; Tanya Katzoff Bhatt; Wayne A Jones; Eric Carpenter; and John Does 1 and 2 | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Commissioner Tanya Katzoff Bhatt
Miami Beach City Hall
1700 Convention Center Drive
Fourth Floor
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440    GSEdinger12@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:         3/23/2026

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Raquel Pacheco | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No. 1:26-cv-21901-CMA |
| | ) |
| City of Miami Beach; Steven Meiner; David Suarez; Tanya Katzoff Bhatt; Wayne A Jones; Eric Carpenter; and John Does 1 and 2 | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Police Chief Wayne A. Jones
Police Department
1100 Washington Avenue
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440    GSEdinger12@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  3/23/2026

Angela E. Noble
Clerk of Court

_s/ Nadhege Augustin_
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| Raquel Pacheco | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | |
| v. | | Civil Action No. 1:26-cv-21901-CMA |
| City of Miami Beach; Steven Meiner; David Suarez; Tanya Katzoff Bhatt; Wayne A Jones; Eric Carpenter; and John Does 1 and 2 | | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   City Manager Eric Carpenter
Miami Beach City Hall
1700 Convention Center Drive
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440    GSEdinger12@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        3/23/2026

_s/ Nadhege Augustin_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court