**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **RAQUEL PACHECO,** ) | |
| ) | |
| *Plaintiff*, ) | **CASE NO. 1:26-cv-21901-CMA** |
| ) | |
| v. ) | |
| ) | |
| **CITY OF MIAMI BEACH;** ) | |
| a Florida municipal corporation; ) | |
| **STEVEN MEINER**, ) | |
| in his individual and official ) | |
| capacities as mayor of Miami Beach; ) | |
| **DAVID SUAREZ**, in his official ) | |
| capacity as Miami Beach City ) | |
| City Commissioner; **TANYA KATZOFF** ) | |
| **BHATT**, in her official ) | |
| Capacity as Miami Beach City ) | |
| Commissioner; **WAYNE A. JONES,** ) | |
| in his individual and official capacities ) | |
| as Chief of Miami Beach Police ) | |
| Department; **ERIC CARPENTER,** ) | |
| in his official capacity as Manager ) | |
| of the City of Miami Beach; ) | |
| and **JOHN DOES 1 and 2**, in their ) | |
| individual and official capacities as Miami ) | |
| Beach police detectives; ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review,

and Discipline of Attorneys of the United States District Court for the Southern District of Florida,

the undersigned respectfully moves for the admission pro hac vice of JENIN YOUNES of the

American-Arab Anti-Discrimination Committee, 910 17th Street NW, Suite 1000, Washington,

D.C. 20006, for purposes of appearance as co-counsel on behalf of RACHEL PACHECO (Plaintiff) in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit JENIN YOUNES to receive electronic filings in this case, and in support thereof states as follows:

1.      JENIN YOUNES is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar (Bar # 5020847).

2.      Movant, GARY S. EDINGER Esquire, of the law firm of Benjamin, Aaronson, Edinger & Patanzo, P.A., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Jenin Younes has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      JENIN YOUNES, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jenin Younes at email address: jyounes@adc.org.

WHEREFORE, Gary S. Edinger, moves this Court to enter an Order allowing JENIN YOUNES to appear before this Court on behalf of Plaintiff RAQUEL PACHECO for all purposes

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jenin Younes.

Date: March 23, 2026                     *Respectfully submitted,*

                                         BENJAMIN, AARONSON, EDINGER &
                                         PATANZO, P.A.

                                          /s/ Gary S. Edinger
                                         GARY S. EDINGER, Esquire
                                         Florida Bar No.: 0606812
                                         305 N.E. 1st Street
                                         Gainesville, Florida 32601
                                         (352) 338-4440/ 337-0696 (Fax)
                                         GSEdinger12@gmail.com

                                         *Attorney for Plaintiff Raquel Pacheco*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| **RAQUEL PACHECO,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **CASE NO. 1:26-cv-21901-CMA** |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF MIAMI BEACH;** | ) | |
| a Florida municipal corporation; | ) | |
| **STEVEN MEINER**, | ) | |
| in his individual and official | ) | |
| capacities as mayor of Miami Beach; | ) | |
| **DAVID SUAREZ**, in his official | ) | |
| capacity as Miami Beach City | ) | |
| City Commissioner; **TANYA KATZOFF** | ) | |
| **BHATT**, in her official | ) | |
| Capacity as Miami Beach City | ) | |
| Commissioner; **WAYNE A. JONES,** | ) | |
| in his individual and official capacities | ) | |
| as Chief of Miami Beach Police | ) | |
| Department; **ERIC CARPENTER,** | ) | |
| in his official capacity as Manager | ) | |
| of the City of Miami Beach; | ) | |
| and **JOHN DOES 1 and 2**, in their | ) | |
| individual and official capacities as Miami | ) | |
| Beach police detectives; | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## <u>CERTIFICATION OF JENIN YOUNES</u>

JENIN YOUNES, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of New York State and the District of Michigan; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ *Jenin Younes*

JENIN YOUNES, Esquire
New York State Bar #5020847
American-Arab Anti-Discrimination Committee
910 17th Street NW, Suite 1000
Washington, D.C. 20006
jyounes@adc.org
Telephone: (202) 244-2990