**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| **RAQUEL PACHECO,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **CASE NO. 1:26-cv-21901-CMA** |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF MIAMI BEACH;** | ) | |
| a Florida municipal corporation; | ) | |
| **STEVEN MEINER**, | ) | |
| in his individual and official | ) | |
| capacities as mayor of Miami Beach; | ) | |
| **DAVID SUAREZ**, in his official | ) | |
| capacity as Miami Beach City | ) | |
| City Commissioner; **TANYA KATZOFF** | ) | |
| **BHATT**, in her official | ) | |
| Capacity as Miami Beach City | ) | |
| Commissioner; **WAYNE A. JONES,** | ) | |
| in his individual and official capacities | ) | |
| as Chief of Miami Beach Police | ) | |
| Department; **ERIC CARPENTER,** | ) | |
| in his official capacity as Manager | ) | |
| of the City of Miami Beach; | ) | |
| and **JOHN DOES 1 and 2**, in their | ) | |
| individual and official capacities as Miami | ) | |
| Beach police detectives; | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

JENIN YOUNES, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District of

Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered

the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**.  JENIN YOUNES, may appear and participate in this action on behalf of Plaintiff RAQUEL PACHECO. The Clerk shall provide electronic notification of all electronic filings to JENIN YOUNES, at jyounes@adc.org.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of March, 2026.

_____
United States District Judge

Copies furnished to: All Counsel of Record