UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21901-CIV-ALTONAGA/Reid

RAQUEL PACHECO,

      Plaintiff,

v.

CITY OF MIAMI BEACH, *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Raquel Pacheco's Motion to Reopen [ECF No. 14], filed on April 7, 2026.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Reopen **[ECF No. 14]** is **GRANTED**. The Clerk shall mark the case open.  Further, to better manage the orderly progress of the case, Defendants shall submit a single combined response or separate answers to the Amended Complaint [ECF No. 8] by **April 29, 2026**.  Plaintiff is directed to serve all Defendants with copies of this Order and file a notice, by April 13, 2026, advising she has done so.

**DONE AND ORDERED** in Miami, Florida, this 8th day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record