**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21901-CIV-ALTONAGA/Reid**

**RAQUEL PACHECO**,

　　　Plaintiff,

v.

**CITY OF MIAMI BEACH**, *et al.*,

　　　Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*.  On April 8, 2026, the Court entered an Order [ECF No. 16] requiring the parties to file certificates of interested parties and corporate disclosure statements by April 22, 2026.  To date, Defendant, David Suarez has neither filed his certificate of interested parties or corporate disclosure statement nor requested additional time to do so.  (*See generally* Dkt.).  Accordingly, it is

**ORDERED** that Defendant, David Suarez shall comply with the April 8, 2026 Order [**ECF No. 16]** by **April 27, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record