UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21901-CIV-ALTONAGA/Reid

RAQUEL PACHECO,

      Plaintiff,

v.

CITY OF MIAMI BEACH, *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*.  On April 30, 2026, the Court entered a Scheduling Order [ECF No. 31] requiring that the parties select a mediator; schedule a time, date, and place for mediation; and jointly file a proposed order scheduling mediation by May 21, 2026. (*See id.* 1).[1]  On May 22, 2026, the Court granted the parties' request to extend the deadline to file a proposed order scheduling mediation to May 28, 2026.  (*See generally* May 22, 2026 Order [ECF No. 41]).  To date, the parties have neither filed a proposed order scheduling mediation nor requested additional time to comply.  (*See generally* Dkt.).

      Accordingly, it is

      **ORDERED** that by **June 4, 2026**, the parties shall comply with the Scheduling Order **[ECF No. 31]**.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 26-21901-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2