**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21901-CIV-ALTONAGA**

**RAQUEL PACHECO**,

     Plaintiff,

v.

**CITY OF MIAMI BEACH**; *et al*.,

     Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court on Defendants' Unopposed Joint Motion for Extension of Time to File Reply in Support of Joint Motion to Dismiss [ECF No. 56].  Defendants ask that the Court extend their deadline to file a reply memorandum in support of their Motion to Dismiss [ECF No. 39] until the Court rules on a forthcoming motion to amend the Amended Complaint [ECF No. 8] that Plaintiff intends to file.  Under the Scheduling Order [ECF No. 31], the deadline to seek leave to amend pleadings is June 11, 2026.  Given that Plaintiff has communicated to Defendants her intention to request she be allowed to amend the Amended Complaint in accord with the Scheduling Order's June 11 deadline, and "leave to amend is to be freely given, absent substantial reason to deny the motion," *Geary v. City of Snellville*, 205 F. App'x 761, 763 (11th Cir. 2006), it is

**ORDERED AND ADJUDGED** as follows:

1.   The Joint Motion for Extension of Time to File Reply in Support of Joint Motion to Dismiss **[ECF No. 56]** and the Motion to Dismiss **[ECF No. 39]** are **DENIED** as moot.

2.  Plaintiff has until June 15, 2026 to file her second amended complaint.

CASE NO. 26-21901-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 10th day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2