**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21901-CIV-ALTONAGA/Reid**

**RAQUEL PACHECO**,

      Plaintiff,

v.

**CITY OF MIAMI BEACH**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On June 4, 2026, the Court entered an Order [ECF No. 50] granting in part the parties' Joint Motion for Extension of Time to File Proposed Order Scheduling Mediation [ECF No. 49].  (*See generally* June 4, 2026 Order [ECF No. 50]).  The Court ordered the parties to file a proposed order scheduling mediation by June 10, 2026.  (*See id.*).  To date, the parties have neither complied nor requested additional time to do so. (*See generally* Dkt.).

Accordingly, it is

**ORDERED** that by **June 15, 2026**, the parties shall comply with the June 4, 2026 Order **[ECF No. 50]**; failing which, this action will be **dismissed** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 11th day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record