**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21901-CIV-ALTONAGA/Reid**

**RAQUEL PACHECO**,

     Plaintiff,

v.

**CITY OF MIAMI BEACH**, *et al.*,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Steven Meiner's Motion to Stay Discovery [ECF No. 65], filed on June 25, 2026. Defendant advises that Plaintiff, Raquel Pacheco opposes the relief Defendant seeks in the Motion. (*See id.* 5).[1] When qualified immunity is raised as a defense, it is appropriate to stay discovery pending resolution of the issue. Consequently, it is

**ORDERED** that Plaintiff has until **June 29, 2026** to file an expedited response to the Motion.

**DONE AND ORDERED** in Miami, Florida, this 25th day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.