**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **RAQUEL PACHECO,** <br><br> *Plaintiff*, <br><br> v. <br><br> **CITY OF MIAMI BEACH,** <br> a Florida municipal corporation; <br> **STEVEN MEINER**, <br> in his individual capacity; <br> **DAVID SUAREZ**, in his individual capacity; and <br> **WAYNE A. JONES,** <br> in his individual capacity, <br><br> *Defendants*. | **CASE NO.: 1:26-cv-21901-CMA** |

# PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW, the Plaintiff, RAQUEL PACHECO, by and through her undersigned attorneys, and provides the following supplemental authority in opposition to the Defendants' Joint Motion to Dismiss Second Amended Complaint (Dkt. 77) and states:

1. On August 26, 2206, after the conclusion of briefing on the Defendant's Motion to Dismiss, the Eleventh Circuit decided Acevedo v. City of Miami, No. 24-12650, _ F.4th __, 2026 WL 2508872 (11th Cir. Aug. 26, 2026).

2. That decision bears directly on several aspects of the Defendants' Motion to Dismiss:

A. Defendants assert that their public campaign to disparage Plaintiff is protected by legislative immunity. (Dkt 77 at 15, 17-18). That point is refuted by Acevedo at *4.

B. Defendants assert that the public campaign to disparage Plaintiff is irrelevant to evaluating whether the speech of a citizen of ordinary firmness would be chilled and has no bearing on qualified immunity. But Acevedo turned in part on harassment at a commission hearing. Acevedo at *1, 12 ("Noriega did not terminate Acevedo, nor was he responsible for humiliating Acevedo at City Commission meetings.").

WHEREFORE, Plaintiff moves this Court to apply the reasoning and holding of this supplemental authority to her First Amendment claims.

*Respectfully submitted,*

**BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.**

/s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No.: 0606812
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440/ 337-0696 (Fax)
GSEdinger12@gmail.com

JENIN YOUNES, Esquire
National Legal Director
New York Bar # 5020847
SANA KHASHANG, Esquire
New Jersey Bar 217242016
**AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE**
910 17th Street Northwest, Suite 1000
Washington, D.C. 20006
*Telephone: (202) 244-2990*
jyounes@adc.org
sana@adc.org

*Attorneys for Plaintiffs*